UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.A.T. GLOBAL INC.,

        Plaintiff,                           Case No. 2:24-cv-10320

v.                                       Honorable Susan K. DeClercq
                                           United States District Judge

OTT TRANSPORTATION SERVICES,

        Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Plaintiff's Motion for Default Judgment, ECF NO. 10, is **GRANTED**.

Further, it is **ORDERED** that Judgment is **ENTERED** for Plaintiff C.A.T. Global Inc. and against Defendant OTT Transportation Services in the amount of $48,301.92 plus postjudgment interest.

**This final order closes the above-captioned case**.

                                          */s/Susan K. DeClercq*
                                          SUSAN K. DeCLERCQ
                                          United States District Judge

Dated:  6/18/2024